IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MANI PREET KAUR,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,

Defendants.

CASE NO. 2:26-CV-02983-DJC-AC

**[~~proposed~~] ORDER**

The parties have filed a stipulation requesting that Defendants be given an additional 30 days, or until December 9, 2026, to file a response to Plaintiff's Complaint.

Finding good cause, the Court hereby ORDERS that Defendants shall respond to Plaintiff's Complaint on or before December 9, 2026.

IT IS SO ORDERED.

Date: November 6, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE